FILED
JUL 3 0 2007

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR0939-GT |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| STEVEN RIZZO, ) | |
| Defendants. ) | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant STEVEN RIZZO's sentencing hearing currently scheduled for July 30, 2007 at 9:00 a.m. be continued to September 10, 2007 at 9:30 a.m..

IT IS SO ORDERED.

Date: 7/30/07

HON. GORDON THOMPSON
UNITED STATES DISTRICT JUDGE