FILED

07 SEP -5 AM 9:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE GORDON THOMPSON)

UNITED STATES OF AMERICA, )
)
                     Plaintiff, )
)
)
)
)
               v. )
)
STEVEN RIZZO, )
)
                  Defendants. )
)

CASE NO. 07CR0939-GT

**ORDER**

    Good cause appearing therefore:

    IT IS HEREBY ORDERED that Defendant STEVEN RIZZO's sentencing hearing currently scheduled for September 10, 2007 at 9:30 a.m. be continued to October 3, 2007 at 9:00 a.m..

    IT IS SO ORDERED.

Date: _September 4, 2000_

_____
HON. GORDON THOMPSON
UNITED STATES DISTRICT JUDGE